THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YAMIL ALBERTO ORTIZ PAGAN; GRAZIELLE MARIE RUIZ DE PORRAS,<br><br>    Plaintiffs,<br><br>v.<br><br>PLANET HOME LENDING LLC; LUNA RESIDENTIAL III LLC; FIRSTBANK PUERTO RICO; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | Civil No. 22-01447 (MAJ) |

## JUDGMENT

On July 17, 2023, Plaintiffs filed a Notice of Voluntary Dismissal against co-defendant Experian Information Solutions, Inc. (Docket No. 65). In accordance with the Order entered at Docket No. 66, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety against Experian Information Solutions, Inc .

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of July 2023.

S/ MARÍA ANTONGIORGI-JORDÁN
**United States District Judge**