THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YAMIL ALBERTO ORTIZ PAGAN; GRAZIELLE MARIE RUIZ DE PORRAS,<br><br>   Plaintiffs,<br><br>v.<br><br>PLANET HOME LENDING LLC; LUNA RESIDENTIAL III LLC; FIRSTBANK PUERTO RICO; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC;<br><br>   Defendants. | Civil No. 22-01447 (MAJ) |

## JUDGMENT

On February 28, 2023, Plaintiffs filed a Notice of Voluntary Dismissal against co-defendants Luna Residential III LLC and Planet Home Lending LLC, (Docket No. 88). In accordance with the Order entered at Docket No. 89, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety against Luna Residential III LLC and Planet Home Lending LLC.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of February, 2023.

/S/ María Antongiorgi-Jordán
MARÍA ANTONGIORGI-JORDÁN
UNITED STATES DISTRICT JUDGE