THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YAMIL ALBERTO ORTIZ PAGAN, *et al.*,

   *Plaintiffs*,

v.

PLANET HOME LENDING LLC, *et al.*,

   *Defendants.*

Civ. No. 22-01447 (MAJ)

## JUDGMENT

In accordance with the Opinion and Order entered on this same date (**ECF No. 107**), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of June, 2024.

                                  */s/ María Antongiorgi-Jordán*
                                  **MARIA ANTONGIORGI-JORDAN**
                                  **UNITED STATES DISTRICT JUDGE**